IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Orlando Croublet, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 16-cv- |
| | ) | |
| Thomas Dart, Sheriff of Cook | ) | *(jury demand)* |
| County, and Cook County, | ) | |
| Illinois, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1.    This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2.    Plaintiff Orlando Croublet was a detainee in the Sheriff's custody from March 27, 2015 to May 24, 2016 awaiting trial for various nonviolent felony drug charges.

3.    Defendant Thomas Dart is the Sheriff of Cook County; plaintiff sues Dart in his official capacity.

4.    Defendant Cook County is responsible for providing medical care for all inmates at the Cook County Jail and is also joined in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.3d 947 (7th Cir. 2003).

5.     From March 29, 2016 to April 26, 2016 plaintiff Croublet was inpatient at Stroger Hospital due to an eye infection that caused right eye vision loss.

6.     While at Stroger Hospital, as required by an explicit policy of defendant Dart, plaintiff was physically restrained to his hospital bed despite his fragile medical condition and the presence of armed correctional officers.

7.     The leg and arm restraints caused plaintiff pain, interfered with his ability to sleep, and caused emotional distress.

8.     Plaintiff complained to the medical and correctional employees about the continuous restraint of his arm and leg to his hospital bed. Despite these complaints plaintiff remained shackled to his hospital bed.

9.     Dart's shackling policy, as applied to persons like plaintiff, is excessive and objectively unreasonable, caused plaintiff injuries, and caused him to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

10.   Plaintiff hereby demands trial by jury.

It is therefore respectfully requested that judgment be entered in favor of plaintiff for appropriate compensatory damages and that the Court grant whatsoever other relief that may be appropriate, including an award of attorney's fees and costs.

/s/ Patrick W. Morrissey
Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, Illinois 60643
(773) 233-7900
